433-04/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
PORT ARTHUR INVESTMENTS S.A.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PORT ARTHUR INVESTMENTS S.A.,

                           Plaintiff,

- against -

NAVI-TREK INC. and GRAIN TRADERS &
CONSUMERS, INC.,

                           Defendants.
-------------------------------------------------------------------x

07 CV 2784 (PAC)

**RULE 7.1 STATEMENT**

The Plaintiff, PORT ARTHUR INVESTMENTS S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       April 4, 2007

                                FREEHILL HOGAN & MAHAR LLP
                                Attorneys for Plaintiff
                                PORT ARTHUR INVESTMENTS S.A.

                By: _____
                           Peter J. Gutowski (PG 2200)
                           80 Pine Street
                           New York, NY 10005
                           Telephone: (212) 425-1900
                           Facsimile: (212) 425-1901

NYDOCS1/281012.1