CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PORT ARTHUR INVESTMENTS S.A.,                     :
                                                  :
                       Plaintiff,                 :         **07-CV-2784**
                                                  :
              v.                                  :         **NOTICE OF**
                                                  :         **<u>APPEARANCE</u>**
NAVI-TREK INC. and                                :
GRAIN TRADERS & CONSUMERS, INC.,                  :
                                                  :
                       Defendants.                :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
       April 30, 2007

                                  CLARK, ATCHESON & REISERT
                                  Attorneys for Garnishee
                                  Société Générale New York Branch


               By:   _____
                       Richard J. Reisert (RR-7118)
                       7800 River Road
                       North Bergen, NJ  07047
                       Tel: (201) 537-1200
                       Fax: (201) 537-1201
                       Email:  <u>reisert@navlaw.com</u>