CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PORT ARTHUR INVESTMENTS S.A.,                    :
                                                 :
                              Plaintiff,         :     07-CV-2784
                                                 :
                v.                               :
                                                 :
NAVI-TREK INC. and                               :
GRAIN TRADERS & CONSUMERS, INC.,                 :
                                                 :
                              Defendants.        :
-----------------------------------------------------------------x

## REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated April 9, 2007, and served upon Garnishee Société Générale New York Branch on April 9, 2007, and on a continuous daily basis from that date until the date of this report, Garnishee Société Générale New York Branch hereby states that on such dates of service, it was not indebted to the defendants and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts

owed by or owed to the defendants or monies to be paid to discharge a debt owed to the defendants, including monies being electronically transferred by, to or for the benefit of the defendants.

Dated: North Bergen, New Jersey
April 30, 2007

By: *[signature]*

CLARK, ATCHESON & REISERT
Attorneys for Garnishee
Société Générale New York Branch

Richard J. Reisert (RR-7118)
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201
Email: reisert@navlaw.com

TO:   CLERK OF THE COURT

FREEHILL HOGAN & MAHAR
Attorneys for Plaintiff
Attn:   Peter J. Gutowski, Esq. (Via email)

# VERIFICATION

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

John M. Driscoll, being duly sworn, deposes and says as follows:

I am the Deputy Director of Litigation and Regulatory Affairs for Société Générale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Société Générale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-2784, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Société Générale New York Branch's files, and communications with relevant employees of the Bank.

_____
John M. Driscoll

Sworn to before me this
30th day of April 2007.

_____
Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138608
Qualified in New York County
Commission Expires December 27, 2009