GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR ◊
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*◊
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA◊
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*◊
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
550 BERGEN AVENUE
JERSEY CITY, N.J. 07206
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3613

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

August 6, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 7 2007

Our Ref: 433-04/PJG

AUG 0 7 2007
Application GRANTED
So Ordered

VIA FACSIMILE – 212-805-6304

Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

Application GRANTED. The conference is adjourned to 9/10/07 at 2:45 in Courtroom 20C.

RE: Port Arthur Investments S.A. v. Navi-Trek, Inc. and
Grain Traders & Consumers, Inc.
SDNY – 07 CV 2784 (PAC)

Dear Judge Crotty:

   We represent the plaintiff in the captioned action, which involves a maritime claim and attachment of Rule B. The purpose in our writing is to request an adjournment of the initial conference scheduled for tomorrow which is done with the consent of all parties.

   Very briefly, a relatively modest sum of money has been attached to date and there are at least two parties who claim an interest in that attachment. One of the defendants has retained New York counsel but they have not, as yet, filed an answer and the action is subject to adjudication of the merits overseas. Under these circumstances, and with our apologies for the late application, we write to request that the initial conference be adjourned until some time convenient for the Court in September by which point we should hopefully have a better idea as to how we will be able to deal with the situation involving multiple parties claiming against the single asset.

   Once again, I apologize for the late delay in this application but owing to the fact that it would not appear that the conference tomorrow would be a productive use of the Court's time in

**MEMO ENDORSED**

NYDOCS1/288119.1

August 6, 2007
Page 2

view of the posture in which the case presently sits, we would be grateful if the Court would consider an extension until sometime in September.

Respectfully submitted,

FREEHILL, HOGAN & MAHAR LLP

Peter J. Gutowski

cc: Lennon, Murphy & Lennon
Attn: Kevin Lennon
Fax No.: 203-256-8615