GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

October 10, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

Our Ref: 433-04/PJG

VIA FACSIMILE – 212-805-6304
Honorable Paul A. Crotty
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

Application **GRANTED**
SO Ordered 10/12/07

/s/ Paul A. Crotty

RE: Port Arthur Investments S.A. v. Navi-Trek, Inc. and Grain Traders & Consumers, Inc.
SDNY – 07 CV 2784 (PAC)

Dear Judge Crotty:

We represent the plaintiff in the captioned action, and write further to the recent conference to update the Court on our efforts to bring about a final resolution of this matter.

First, and insofar as the disposition of the funds which are under restraint are concerned, we made a recommendation to our clients regarding an apportionment of those funds between our client and the plaintiff in the other pending action against Navi-Trec, the defendant. We understand that the plaintiff in the other case has agreed and we are awaiting approval from our client. Assuming we get the green light, we can arrange for a release and transfer of the funds presently under restraint by stipulation, and that will eliminate the issue of what to do with the funds which were seized.

Insofar as our discussion regarding future service is concerned, we recommended and are awaiting approval of a termination of service of the attachment order in view of the fact that there have been no recent restraints of funds. We expect to receive our client's response shortly and assuming we are given the authority, will terminate service.

**MEMO ENDORSED**

NYDOCS1/291608.1

October 10, 2007
Page 2



We are mindful of the Court's admonition to resolve this matter on an expedited basis and would respectfully ask that we be given until the end of the month to finalize these two aspects after which we anticipate filing a dismissal.

We appreciate the Court's attention to this request.

Respectfully submitted,

FREEHILL, HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:clc

cc: Lennon, Murphy & Lennon
Attn: Charles Murphy, Esq.
Fax No.: 203-256-8615

NYDOCS1/291608.1

FREEHILL, HOGAN & MAHAR LLP