GEORGE B. FREEHILL
WILLIAM L JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI'
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M VENEZIA'▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ***†
DANIEL J. FITZGERALD*†▲
MICHAEL C ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D C.
* ALSO ADMITTED IN LOUISIANA

**LAW OFFICES OF**
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

November 27, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 8 2007

Our Ref: 433-04/PJG

Application GRANTED
SO Ordered NOV 2 8 20[07]
[signature]
Paul Crotty
USDJ.

VIA FACSIMILE – 212-805-6304
Honorable Paul A. Crotty
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

RE: Port Arthur Investments S.A. v. Navi-Trek, Inc. and
Grain Traders & Consumers, Inc.
SDNY – 07 CV 2784 (PAC)

Dear Judge Crotty:

We represent the plaintiff in the captioned action and write in response to the request received from Chambers to report on the status of this case.

Following our last report, no additional funds have been restrained in response to the Rule B Attachment. The merits of the case, as previously outlined, are subject to London Arbitration. Our proposal, therefore, for the immediate handling of the case, would be to place the matter on the Court's suspense docket pending the outcome of the London, at which point the Award could then be enforced and reduced to a Judgment here and execution had on the attached funds. This would comport with the relevant section of United States Arbitration Act, 9 U.S.C. §8 wherein it provides that the Court "shall retain jurisdiction to enter its decree upon the Award" once it is issued.

Provided this meets with the Court's approval, we will proceed on this basis and would be happy to report to the Court on the progress of the London Arbitration at whatever interval the Court believes is appropriate, and as soon as the Award is issued, we would then notify the

November 27, 2007
Page 2

Court, apply to reactivate the case, and then move for entry of judgment on the Award for purposes of execution.

    We thank the Court for its attention to this request.

Respectfully submitted,

FREEHILL, HOGAN & MAHAR LLP

Peter J. Gutowski

PJG:clc

cc: Lennon, Murphy & Lennon
     Attn: Charles Murphy, Esq.
     Fax No.: 203-256-8615

NYDOCS1/294508.1

FREEHILL, HOGAN & MAHAR LLP